# EXHIBIT A

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY CANINE HANDLERS OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME  _Campbell_  _Neal_  _Joseph_
      Last Name   First Name   Middle Name

HOME ADDRESS  _466 O Dea Ave_
              _Staten Island   N.Y.   10304_
              City            State   Zip Code

SIGNATURE  _/s/ Neal Campbell_

CONSENT TO SUE
REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY CANINE HANDLERS OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME  Boone            Kirk            T
      Last Name        First Name      Middle Name

HOME ADDRESS  603 Chautauqua Avenue

  West Hempstead    N.Y.     11552
  City              State    Zip Code

SIGNATURE  /s/ Kirk Boone

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY CANINE HANDLERS OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME ___FADL_____  ___MICHAEL_____  ___CASIMIRE_____
         Last Name              First Name              Middle Name

HOME ADDRESS ___337 Beach 86th Street___
              ___Rockaway Beach___ ___New York___ ___11693___
                   City                State           Zip Code

SIGNATURE ___[signed]___

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF -- NEW YORK CITY CANINE HANDLERS OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME  Figueroa / Jonathan / G
       Last Name / First Name / Middle Name

HOME ADDRESS  46 Scott Ave.
              North Babylon / New York / 11703
              City / State / Zip Code

SIGNATURE  _Jonathan E. Figueroa_

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF -- NEW YORK CITY CANINE HANDLERS OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME  ____Mack____  ____Roger____  ____Steven____
       Last Name      First Name      Middle Name

HOME ADDRESS  ____131 - 67 231 st____
              ____Laurelton____  ____N.Y.____  ____11413____
                 City              State          Zip Code

SIGNATURE  ____Roger L. Mack____

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY CANINE HANDLERS OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME  Remsen / Jason / J
       Last Name / First Name / Middle Name

HOME ADDRESS  810 Bohemia Parkway
              Bohemia / N.Y. / 11716
              City / State / Zip Code

SIGNATURE 

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY CANINE HANDLERS OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME  Rich            Daniel           David
         Last Name        First Name        Middle Name

HOME ADDRESS  17 Birch Drive
              Huntington Station, N.Y. 11746
              City            State           Zip Code

SIGNATURE  _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY CANINE HANDLERS OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME Stewart Sulemann _____
Last Name First Name Middle Name

HOME ADDRESS 1901 Ave N
Bklyn NY 11230
City State Zip Code

SIGNATURE /s/

# CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY CANINE HANDLERS OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME  _WESTON_  _THOMAS_  _____
      Last Name   First Name    Middle Name

HOME ADDRESS _4 GRIDLEY ST._
_W. Islip_   _NY_   _11795_
   City      State    Zip Code

SIGNATURE _[signed] Thomas Weston_