

ORIGINAL FILED BY ECF

| ZACHARY W. CARTER<br>Corporation Counsel | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | YUVAL RUBINSTEIN<br>Assistant Corporation Counsel<br>Phone: (212) 356-2467<br>Fax: (212) 356-2439<br>yrubinst@law.nyc.gov |
|---|---|---|

March 17, 2014

**By ECF**

The Honorable Shira A. Scheindlin
United States District Judge
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/14
```

Re: Campbell, et al. v. City of New York, et al.
13 Civ. 9077 (SAS)(MHD)

Dear Judge Scheindlin:

I am the Assistant Corporation Counsel assigned to represent defendants City of New York and The New York City Police Department ("defendants") in this action. I write, with the consent of plaintiffs' counsel, to respectfully request an extension of time from March 21, 2014 to April 21, 2014 for defendants to respond to plaintiffs' Complaint, and to adjourn the Initial Pretrial Conference scheduled for April 1, 2014. This is defendants' second request for an extension of time to respond to the complaint, and first request for an adjournment of the initial conference.

The parties have reached a settlement in Miller et al. v. City of New York, et al., Civ. No. 12-cv-9126 (SAS), which raises identical claims under the Fair Labor Standards Act, and are close to reaching a similar settlement in this case. Accordingly, defendants request a thirty-day extension of time in anticipation that the case will be resolved in advance of defendants' response becoming due. Given that the parties are in the process of negotiating a settlement of this case, defendants believe that an adjournment of the April 1 Initial Pretrial Conference will conserve the resources of the parties and the Court.

Request granted. Defendants' time to respond to the complaint is extended to April 21, 2014 and the Initial Pretrial Conference is adjourned to May 1, 2014 at 4:30. No further adjournments will be granted for any reason.

So Ordered. [signature] USDJ 3/20/14

As such, defendants respectfully request that their time to respond to the complaint be extended from March 21, 2014 to April 21, 2014, and that the Initial Pretrial Conference scheduled for April 1, 2014 be adjourned. Defendants thank the Court for its consideration of this request.

Respectfully submitted,

/s/

Yuval Rubinstein
Assistant Corporation Counsel

cc:   Gregory K. McGillivary, Esq. (via ECF)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- x

NEAL CAMPBELL, et al.

                                        Plaintiffs,

                                                          13 Civ. 9077 (SAS)(MHD)

                      -against-

THE CITY OF NEW YORK and THE NEW YORK
CITY POLICE DEPARTMENT,

                                        Defendants.

----------------------------------------------------------------- x

SHIRA A. SCHEINDLIN, District Judge:

        Defendants City of New York and New York City Police Department, ("defendants") having made an application for an extension of time to respond to plaintiffs' complaint, it is hereby

        **ORDERED** that defendants' time to respond to the Complaint is extended to and including April 21, 2014.

**SO ORDERED**

Dated: New York, New York

      3/20/14

                                                                       SHIRA A. SCHEINDLIN
                                                         UNITED STATES DISTRICT JUDGE